SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff,<br><br>   vs.<br><br>Danny Smyth, et al,<br><br>      Defendants | Case No. **2:11-cv-00690-WBS-EFB**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:  June 16, 2011

*/s/ William B. Shubb*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-00690-WBS-EFB- 1